Robert M. DAVIDSON; Vanessa E. Komar, Plaintiffs–Appellants

v.

Jay GROSSMAN; Eudice Grossman; Gayle F. Petrillo; Charles Ott; Joanne C. Wray; Kent J. Thiry; Joseph C. Mello; Michael J. Meehan; Bruce R. Heurlin; Anthony P. Tartaglia; Dva Renal Healthcare, Inc.; Albany Medical College; Vivra Holdings, Inc.; Gambro Healthcare, Inc.; Davita, Inc.; Sepracor, Inc., Defendants–Appellees.

No. 07–20650
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 6, 2008.

Robert M. Davidson, pro se.

Vanessa E. Komar, pro se.

Daniel James Artz, MacDonald, Schuble & Artz, Dale Bruce Norman, Sidley Austin, Dallas, TX, Marcy E. Kurtz, Bracewell & Giuliani, Murray J. Fogler, Beck, Redden & Secrest, Brian J. Butler, Jason D. Bath, Kane Russell Coleman & Logan, Houston, TX, Paul E. Chronis, McDermott, Will & Emery, Chicago, IL, Sandra Palmer, Sidley Austin, Washington, DC, for Defendants–Appellees.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

published and is not precedent except under the limited circumstances set forth in 5TH CIR

344

PER CURIAM: *

AFFIRMED; all pending motions or requests by appellants are denied. *See* Fifth Circuit Local Rule 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.